[No. 30857-6-II.  Division Two.  November 30, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT CHANEY JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-01926-9, Donald H. Thompson, J. Pro Tem., entered September 12, 2003. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Armstrong and Hunt, JJ.

[No. 30881-9-II.  Division Two.  November 30, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN ELDWON PARKS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-00451-2, John A. McCarthy, J., entered September 18, 2003. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Armstrong and Hunt, JJ.

[No. 31000-7-II.  Division Two.  November 30, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS M. HARTWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 03-1-00138-4, James B. Sawyer II, J., entered October 16, 2003. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan, A.C.J., and Armstrong, J.

[No. 31408-8-II.  Division Two.  November 30, 2004.]

TONY T. PERRY, *Appellant*, v. SKOOKUM EDUCATIONAL PROGRAMS, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-2-03506-3, Leonard W. Costello, J., entered February 4, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan, A.C.J., and Armstrong, J.